## WILLIAM RHODE ET AL.
## v.
## MATTIE McLEAN.

EVIDENCE—ADMISSIONS.—The court is of opinion the evidence offered was competent.

ERROR to the Circuit Court of Richland county; the Hon. WM. C. JONES, Judge, presiding. Opinion filed October 6, 1881.

Messrs. BELL & GREEN and Mr. J. P. ROBINSON, for plaintiffs in error.

Messrs. WILSON & HUTCHINSON and Mr. J. M. LONGENECKRE, for defendant in error.

PER CURIAM. The only serious question in the case seems to have been whether the proper foundation was laid for secondary evidence of the contents of the bond. Blatter's admission was competent against him. It was not objected that while it might be competent as to him, it did not bind the oth-

ers.   Had this been suggested, the plaintiff could have placed Blatter on the stand, and obviated any possible difficulty.   But we think Blatter's admission was competent against all; and while it belongs to the class of admissions that may be rebutted, it was prima facie enough for the purpose.   1 Gr. Ev. Sec. 174, and cases cited;   Wharton on Ev. Sec. 1088–1192–1199; Cross v. Bidingfield, 35 Eng. C. R. 35.